IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEROY WILLIAMS,

        Plaintiff,                  No. CIV S-05-0838 DFL CMK P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.

_____/      ORDER

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1). Authority to proceed in forma pauperis was granted by separate order.

        The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) against defendant Marcus Cole, M.D.[1] If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. The court, therefore, finds that service is appropriate and will direct service by the U.S.

---

[1] The court has filed separate findings and recommendations recommending that plaintiff's claims against defendants Jeanne S. Woodford, Arnold Schwarzenegger and Evelyn Horowitz be dismissed for failure to state a claim upon which relief can be granted.

1

Marshal without pre-payment of costs. Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order. Plaintiff is warned that failure to comply with this order may result in dismissal of the action. <u>See</u> Local Rule 11-110.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Marcus Cole

2. The Clerk of the Court shall send plaintiff one USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed April 6, 2005.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Two copies of the endorsed complaint filed April 6, 2005.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: April 26, 2006.

                                                                **CRAIG M. KELLISON**
                                                                 UNITED STATES MAGISTRATE JUDGE

```
 1
 2
 3
 4
 5
 6
 7
 8                     IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11           Plaintiff,                      No. CIV
12      vs.
13                                           NOTICE OF SUBMISSION
14           Defendants.                        OF DOCUMENTS
15  _____/
16           Plaintiff hereby submits the following documents in compliance with the court's
17  order filed _____:
18           _____      completed summons form
19           _____      completed USM-285 forms
20           _____      copies of the _____
                                     Complaint/Amended Complaint
21  DATED:
22
23                                          _____
                                                        Plaintiff
24
25
26
```