IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEROY WILLIAMS,

    Plaintiff,                          No. CIV S-05-0838 DFL CMK P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.                   <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On May 26, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Marcus J. Cole was returned unserved because "CDC locator unable to locate." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed April 6, 2005;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

   a. One completed USM-285 form for defendant Marcus J. Cole;

   b. Two copies of the endorsed complaint filed April 6, 2005; and

   c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED:   August 2, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

/bb
will 05cv0838.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEROY WILLIAMS,

     Plaintiff,                                  No. CIV S-05-0838 DFL CMK P

     vs.

ARNOLD SCHWARZENEGGER, et al.,

     Defendants.                      NOTICE OF SUBMISSION

_____ /     OF DOCUMENTS

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     __One__     completed summons form

     __One__     completed USM-285 form

     __Two__     copies of the __April 6, 2005__
                                               Complaint

DATED:

                                                _____
                                                Plaintiff