1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   LEROY WILLIAMS,

11        Plaintiff,              No. CIV S-05-0838 DFL CMK P

12     vs.

13   ARNOLD SCHWARZENEGGER, et al.,

14        Defendants.

15   _____/        ORDER

16        By order filed  August 2, 2006, the court ordered plaintiff to provide additional

17   information to serve defendant Marcus Cole.  Plaintiff was advised that he should promptly seek

18   additional information to serve defendant Cole through discovery, the California Public Records

19   Act, or other means available to plaintiff.

20        On September 14, 2006, plaintiff returned to the court  incomplete documents for

21   service on defendant Cole and a motion for discovery.  The motion for discovery consists of a list

22   of California State cases followed by the sentence [t]o aid plaintiff to the whereabouts of one

23   Marcus J. Cole, defendant."

24        There is no evidence that plaintiff requested information about defendant Cole's

25   whereabouts from any California state institution (i.e. a state prison where defendant Cole

26   worked).

1    Accordingly, at this time, the court denies plaintiff's discovery request.  Plaintiff is

2  granted an additional forty-five days to seek additional information to serve defendant Cole.

3  Plaintiff is advised that he may, pursuant to the California Public Records Act, seek information

4  from Folsom state prison (where plaintiff alleged defendant Cole worked in his complaint)

5  concerning defendant Cole's whereabouts.  If such attempts fail, the plaintiff may seek judicial

6  intervention; however, in any request for judicial intervention, plaintiff should detail what

7  attempts he made to discover information to serve defendant Cole.

8    IT IS ORDERED THAT:

9    1.  Plaintiff's motion for discovery (doc. 25) is denied.

10    2.  Plaintiff is granted forty-five days from the date this order is filed to find

11  additional information in order to serve defendant Cole.

12

13  DATED:   September 25, 2006.

14

15    _Craig M. Kellison_____

16    **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26