**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEROY WILLIAMS,<br><br>             Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>             Defendant. | No. 2:05-CV-0838-RRB-CMK-P<br><br>**ORDER** |

     Plaintiff Leroy Williams ("Plaintiff"), a state prisoner filing pro se, has filed this civil rights action seeking relief under 42 U.S.C. §§ 1983.  The matter was referred to a United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

     On December 1, 2006, Magistrate Judge Craig M. Kellison filed Findings & Recommendations (Docket 28) herein, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the same were to be filed within twenty days. Plaintiff has not filed objections to the Findings & Recommendations.

ORDER DISMISSING PLAINTIFF'S ACTION - 1
2:05-cv-0838-RRB-CMK-P

1  The Court has reviewed the file and finds the Findings & Recommendations at Docket 28 to be supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings & Recommendations at **Docket 28**, filed on December 1, 2006, are adopted in full; and

2. This action is **DISMISSED** without prejudice.

**ENTERED** this 5th day of July, 2007.

```
                            S/RALPH R. BEISTLINE
                            UNITED STATES DISTRICT JUDGE
```

ORDER DISMISSING PLAINTIFF'S ACTION - 2
2:05-cv-0838-RRB-CMK-P